UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22364-CV-WILLIAMS

LEE AUBERTIN,

        Petitioner,

v.

ELIZABETH MARINO BOBADILLA,

        Respondent.
_____/

## JOINT STATUS REPORT

        Petitioner, LEE AUBERTIN, and Respondent, ELIZABETH MARINO BOBADILLA, by and through undersigned counsel and pursuant to this Court's August 11, 2023 Order [ECF 16], file this Joint Status report:

        1.     The parties have settled this matter, and a final agreement and order in Canada is currently being prepared by local counsel for each of the parties in Canada. A notice of settlement will be filed in this action upon the entry of the order in Canada.

        2.     Petitioner shall have uninterrupted access to the two children for the period beginning October 4, 2023 at 8am through October 9, 2023 at 8pm including overnight timesharing unless otherwise agreed between the parties or order of Court. Petitioner shall provide Respondent his itinerary in advance, and will inform Respondent of the location of the children during the days he is here. Exchanges will take place at the Respondent's residence. The parties are free to modify and include additional dates by agreement or order of court until notice of settlement is filed.

        3.     Petitioner and Respondent are prohibited from removing the Children, or causing the Children to be removed, from the Court's jurisdiction, pending final disposition of the Petition for Return.

Jointly submitted on September 29, 2023.

RONALD H. KAUFFMAN, P.A.
Attorneys for Petitioner

By: */s/ Ronald H. Kauffman*
   Ronald H. Kauffman, Esq.
   FBN 970743

2 South Biscayne Boulevard
Suite 3400
Miami, Florida 33131
Telephone: (305) 374-0937
Email: ron@rhkauffman.com

PAGLAW, PLLC
Attorneys for Respondent

By: */s/ Alexandra Goodstone*
   Alexandra Goodstone
   Florida Bar No. 0125003

Brett Alan Barfield, Esq.
Florida Bar No. 0192252
PAGLAWPLLC
Four Seasons Tower
1441 Brickell A venue, Suite 1120
Miami, Florida 3 3131
Tel. 786.292.1599 | Fax 786.373.7122
brett@pag.law
alexandra@pag.la w

CERTIFICATE OF SERVICE

      Pursuant to Fed. R. Civ. P. Rule 5 and Local Rule 5.2(a), I certify that on September 29, 2023, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                /s/Ronald H. Kauffman
                                                Ronald H. Kauffman, Esq.

Service List

Alexandra Goodstone, Esq.
PAG LAW PLLC
1441 Brickell Avenue, Suite 1120
Miami, FL 33131
(786) 292-1599
brett@pag.law
alexandra@pag.law
Attorney for the Respondent