UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22364-CV-WILLIAMS

LEE AUBERTIN,

       Petitioner,

v.                            CASE NO.  1:23-cv-22364-KMW

ELIZABETH MARINO BOBADILLA,

       Respondent.

_____/

<u>PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Petitioner, LEE AUBERTIN, pursuant to Fed. R. Civ. P. 41(a)(1) this Court's October 4, 2023 Order [ECF 18] files his Notice of Voluntary Dismissal Without Prejudice of his Petition against Respondent, ELIZABETH MARINO BOBADILLA, as the parties have reached settlement in this matter.

Respectfully submitted November 22, 2023.

Ronald H. Kauffman, P.A.
2 South Biscayne Boulevard
Suite 3400
Miami, Florida 33131
Telephone: (305) 374-0937
Email: <u>ron@rhkauffman.com</u>

      /s/ Ronald H. Kauffman
Ronald H. Kauffman, Esq.
FBN 970743
*Attorneys for Petitioner*

1

<u>CERTIFICATE OF SERVICE</u>

        Pursuant to Fed. R. Civ. P. Rule 5 and Local Rule 5.2(a), I certify that on November 22, 2023, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


                                         <u>/s/Ronald H. Kauffman      </u>
                                         Ronald H. Kauffman, Esq.


<u>Service List</u>

Alexandra Goodstone, Esq.
PAG LAW PLLC
1441 Brickell Avenue, Suite 1120
Miami, FL 33131
(786) 292-1599
brett@pag.law
alexandra@pag.law
Attorney for the Respondent